■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MANNING, Appellant. [777 NYS2d 671]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered April 11, 1991, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to present legally sufficient evidence to disprove his justification defense beyond a reasonable doubt is unpreserved for appellate review (see CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Udzinski,* 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (see *People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the elements of assault in the second degree and to disprove the justification defense beyond a reasonable doubt (see *People v Ortiz,* 275 AD2d 752 [2000]). Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the trier of fact, which saw and heard the wit-

nesses (*see People v Gaimari,* 176 NY 84 [1903]). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see People v Garafolo,* 44 AD2d 86 [1974]). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Santucci, J.P., Smith, Crane and Fisher, JJ., concur.